No. 63844.—American Cyanamid Company v. United States, protest 59/11587 (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the articles consist of parts of machines, not specially provided for, and that such machines are not operated by electricity, the claim of the plaintiff was sustained.